UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Stanley Abraham and
Amy Abraham

                        Debtors.

------------------------------------------------------------x
Janet Stuart,

                        Plaintiff,

v.

Stanley Abraham,

                        Debtor/Defendant.
------------------------------------------------------------x

Case No. 813-74398-reg

Chapter 7

Adv. Proc. No. 813-8165-reg

## JUDGMENT

        Upon the amended complaint, dated March 27, 2014, and the answer, dated April 2, 2014, and upon all of the proceedings in this adversary proceeding, including the trial held on March 10, 2015, and for the reasons stated in this Court's Memorandum Decision, dated August 4, 2015,

        JUDGMENT is hereby entered in favor of the Plaintiff, and the Defendant's discharge is hereby denied pursuant to section 727(a)(4)(A) of the Bankruptcy Code.



Dated: Central Islip, New York
       August 4, 2015

             **Robert E. Grossman**
         **United States Bankruptcy Judge**