**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
In re:                                                                                              Case No.

                                                                                                         Chapter:


-------------------------------------------------------------------------x
                                                                                                         Adv. Proc. No.



                                                                    Plaintiff              CV#
            -v-



                                                                    Defendant
-------------------------------------------------------------------------x

## TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal having been filed herein by

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8010(b)(1):




                                                                            **Robert A. Gavin, Jr.**
                                                                            **Clerk of Court**

Dated:                                                                **By**: _____
                                                                                *Appeals Clerk*